**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: October 10, 2006
Court Reporter: Janet Coppock                Time: 25 minutes
Probation Officer: n/a                       Interpreter: Adrianna Weisz and
                                             Marcella Salazar

**CASE NO.   06-CR-00347-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Gregory Rhodes |
|  | Special Agent Mark Lee |
| Plaintiff, |  |
| vs. |  |
| **EVERADO ATONDO,** | Without Counsel |
| **JOSE BERNARDO BERNAL-ATONDO and** | Without Counsel |
| **JOSE FRANCISCO QUINTERO-MENDOZA,** | Arthur Nieto |
| Defendants. |  |

**MOTIONS HEARING**

**3:05 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendants are present and in custody.

Interpreters sworn.

Mr. Rhodes advises that notices of disposition have been filed as to defendants Everado Atondo and Jose Bernardo Bernal-Atondo.

Page Two
06-CR-00347-WDM
October 10, 2006

Court inquires if these defendants intend to enter pleas of guilty and have any interest in participating in this proceeding.  Both defendants requests to speak to their attorneys regarding entering guilty pleas and respond of no interest in participating in this motions hearing.

Defendants Everado Antondo and Jose Bernardo Bernal-Atondo are excused.

Mr. Rhodes advises that defendant Jose Francisco Quintero-Mendoza filed the Motion to Suppress Statements during the New Mexico stop, however the other defendants did not file a motion to suppress, and those defendant's were subject to the stop and does not believe the defendant does not have standing to raise the issues in his motion.

Mr. Nieto concurs.

**ORDERED:**  Defendant Jose Francisco Quintero-Mendoza's Motion to Suppress Statements (Doc #33), filed 9/22/06 is **GRANTED.**

**Defendant Jose Francisco Quintero-Mendoza's Motion to Suppress Search (Doc #31), filed 9/22/06.**

**3:12 p.m.**     Direct examination of Government's witness Ricardo Hernandez by Mr. Rhodes.

**3:16 p.m.**     Cross examination by Mr. Nieto.

**3:18 p.m.**     Redirect examination by Mr. Rhodes.

Witness excused.

Court states its findings and conclusions for the record.

**ORDERED:**  Defendant Jose Francisco Quintero-Mendoza's Motion to Suppress Search (Doc #31), filed 9/22/06 is **DENIED**.

**ORDERED:**  Defendant Jose Francisco Quintero-Mendoza's Motion for Separate Trials (Doc #32), filed 9/22/06 is **DENIED as MOOT.**

Matter set for trial commencing October 23, 2006 as to defendant  Jose Francisco Quintero-Mendoza.

**ORDERED:**  Counsel directed to chambers to schedule a trial preparation conference.

Page Three
06-CR-00347-WDM
October 10, 2006

**ORDERED:**   Defendant is REMANDED to the custody of the United States Marshal.

**3:30 p.m.**     **COURT IN RECESS**

**Total in court time:**        **25 minutes**

**Hearing concluded**